```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
GLOBAL CAPITAL PARTNERS FUND LLC,   :
                                    :
                        Plaintiff,  :
                                    :
            -against-               :   21-cv-0490 (VEC)
                                    :
WE WOULD AGRICULTURAL HOLDINGS LP,  :   ORDER
                                    :
                        Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 21, 2021, Plaintiff initiated this case (Dkt. 1);

WHEREAS the complaint indicates that Plaintiff is a limited liability company and Defendant is a limited partnership (Dkt. 1);

WHEREAS the Court must be satisfied that it has subject matter jurisdiction over this action and cannot do that without more information;

IT IS HEREBY ORDERED THAT: No later than **February 1, 2021**, Plaintiff must submit a letter identifying the members of the LLC and the LP and their respective citizenships. If any of the members is, itself, an LLC or LP, the letter must identify those members and their citizenship as well.

**SO ORDERED.**

Date:  January 21, 2021
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**