USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
GLOBAL CAPITAL PARTNERS FUND LLC,    :
                              Plaintiff,    :
                       -against-    :      21-cv-0490 (VEC)
WE WOULD AGRICULTURAL HOLDINGS LP, :      ORDER
                            Defendant.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 16, 2021, an initial pretrial conference was held in this case;

IT IS HEREBY ORDERED THAT: No later than **April 20, 2021**, the parties are directed to submit a joint letter indicating whether the parties agree that this action should be stayed pending arbitration. The letter must also identify the members of Global Capital Partners Fund LLC and We Would Agricultural Holdings LP and their respective citizenships. If any of the members is, itself, an LLC or LP, the letter must identify those members and their citizenship as well.

**SO ORDERED.**

Date: April 16, 2021
      New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**