UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL CAPITAL PARTNERS FUND LLC<br><br>**Plaintiff**<br><br>v.<br><br><br>WE WOULD AGRICULTURAL HOLDINGS LP<br><br>**Defendant** | Civil No. 21 cv 00490<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) GLOBAL CAPITAL PARTNERS FUND LLC and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s).

Dated: Syosset, New York
       May 25, 2021

**JOSEPH, TERRACCIANO & LYNAM, LLP**

 s/ James N. Joseph
**By:  James N. Joseph, Esq.**
*Attorneys for Plaintiff*
2 Roosevelt Avenue, Suite 200
Syosset, NY 11791
(516) 496-0202
jjoseph@jtesqs.com